## Exhibit A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| POINT INVESTMENTS LTD.,<br>(IN LIQUIDATION)[1] | |
| | Case No. [●] |
| Debtor in a Foreign Proceeding. | |

**ORDER PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE
2002(M) AND (Q) AND 9007 SCHEDULING RECOGNITION
HEARING AND APPROVING FORM AND MANNER OF NOTICE**

Upon the Petitioners' *Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Recognition Hearing and Approving Form and Manner of Notice* (the "Motion"),[2] requesting, in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives of Point Investments, Ltd. (the "Debtor"), the entry of this order (this "Order") (i) scheduling the Recognition Hearing, (ii) setting the Objection Deadline, (iii) approving the Notice Procedures, including the form of Recognition Hearing Notice, (iv) granting related relief as provided in the Motion, and (v) granting such other and further relief as the Court deems just and proper; and the Court having considered the Motion; and the Court having found good cause for granting the relief requested therein; and the Court having found that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to sections 157 and 1334 of title 28 of the United States Code and the *Amended Standing Order of Reference of the United States District Court for the District of Delaware*, dated February

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda underregistration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

29, 2012 (Sleet, C.J.); and the Court having found that this is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code; and the Court having found that venue of this proceeding is proper before this Court pursuant to sections 1410 of title 28 of the United States Code; and the Court having found adequate and sufficient notice of the Motion having been provided; and no other or further notice being required; it is hereby

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 3rd Floor, Wilmington, Delaware 19801, on _____ at _____ (prevailing Eastern Time); and it is further

**ORDERED** that the Objection Deadline shall be _____, at _____ p.m. (ET); and it is further

**ORDERED** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice; and it is further

**ORDERED** that the Recognition Hearing, or any part thereof, may be adjourned from time to time without further notice other than a notice of adjournment on the docket in this chapter 15 case or an announcement in open court of the adjourned date or dates of any further adjourned hearings; and it is further

**ORDERED** that the Notice Procedures set forth in the Motion constitute due and sufficient notice of the Petitions and the relief requested therein, and are hereby approved; and it is further

**ORDERED** that the form of Recognition Hearing Notice annexed hereto as <u>Exhibit 1</u> provides adequate information to the Notice Parties of the chapter 15 case, the relief sought in the

Petitions, the time fixed for the filing of objections to such relief, and the time, date, and place of the Recognition Hearing, and is hereby approved; and it is further

**ORDERED** that the Recognition Hearing Notice (and other documents specified in the Motion) shall be served upon the Notice Parties in the manner set forth in the Motion; and it is further

**ORDERED** that responses or objections, if any, to the Petitions be made in writing and set forth the basis therefor, and such responses or objections must (i) be in writing, (ii) detail the factual and legal basis for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and (v) be served upon the following persons so as to be received at least seven days prior to the Recognition Hearing: Kobre & Kim LLP, 600 North King Street, Suite 501, Wilmington, Delaware 19801 (Attention: Jacob Kirkham, Adam M. Lavine, Victor S. Leung); the Office of the United States Trustee for the District of Delaware, 844 King Street Suite 2207 Lockbox 35 Wilmington, DE 19801; and it is further

**ORDERED** that the service pursuant to this Order shall be good and sufficient service, and constitute adequate notice of the Petitions and Recognition Hearing; and it is further

**ORDERED** that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or, to the extent applicable, are hereby waived; and it is further

**ORDERED** that the Petitioners are authorized to take all action necessary to carry out this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____    _____
      Wilmington, Delaware    UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

Recognition Hearing Notice

# IN THE UNITED STATES BANKRUPTCY
# FOR THE COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS LTD.<br>(IN LIQUIDATION),[1]<br><br>       Debtor in a Foreign Proceeding. | Chapter 15<br><br><br>Case No. [●] |

## NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that, on March 29, 2022, Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives (in such capacity, the "Petitioners") of Point Investments Ltd (the "Debtor") filed the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15* [D.I. 2] (the "Verified Petition"), together with *Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding* [D.I. 1] (together with the Verified Petition, the "Petitions") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Petitions seek, among other things, the entry of an order: (i) recognizing as the "foreign main proceeding" the Debtor's winding up proceeding commenced pursuant to section 161(g) of the Companies Act 1981 before the Supreme Court of Bermuda, Commercial Court (the "Bermuda Court"), Case 2020: No. 300 (the "Bermuda Proceeding"); (ii) recognizing the Petitioners as the "foreign representatives" of the Debtor; and (iii) granting related relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled an evidentiary hearing (the "Recognition Hearing") to consider the relief requested in the Petitions at _____ (prevailing Eastern Time) on April 22, 2022 in Room _____ of the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions and all accompanying documentation are available to parties in interest through the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda underregistration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

https://www.deb.uscourts.gov/ (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by e-mail) addressed to:

> Kobre & Kim LLP
> 600 North King Street, Suite 501
> Wilmington, Delaware 19801
> Tel: (302) 518-6460
> Attn: Jacob Kirkham (Jacob.Kirkham@kobrekim.com)
>   Adam M. Lavine (Adam.Lavine@kobrekim.com)
>   Victor S. Leung (Victor.Leung@kobrekim.com)

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petitions, or the relief requested therein, must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the District of Delaware, setting forth in writing the basis thereof. Any such response or objection must be filed with the Bankruptcy Court and served upon the following so as to be received **no later than 4:00 p.m. (prevailing Eastern time) on April 15, 2022** (the "Objection Deadline"): (i) counsel to Petitioners at Kobre & Kim LLP (Attn: Jacob Kirkham, Adam M. Lavine, Victor S. Leung), 600 North King Street, Suite 501, Wilmington, Delaware 19801; and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposing the Petitions or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates or any other further adjourned hearing.

*[Remainder of page intentionally left blank]*

Dated: March 29, 2022
Wilmington, Delaware

**KOBRE & KIM LLP**

/**s**/ *Jacob R. Kirkham*
Jacob R. Kirkham (No. #5768)
600 North King Street
Suite 501
Wilmington, Delaware 19801
Tel: (302) 518-6456
Jacob.Kirkham@kobrekim.com

Adriana Riviere-Badell (*Pro Hac Vice* Forthcoming)
Evelyn Baltodano Sheehan (*Pro Hac Vice* Forthcoming)
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Adriana.Riviere-Badell@kobrekim.com
Evelyn.Sheehan@kobrekim.com

Adam M. Lavine (*Pro Hac Vice* Forthcoming)
Victor S. Leung (*Pro Hac Vice* Forthcoming)
800 Third Avenue
6th Floor
New York, New York 10022
Tel: (212) 488-1200
Adam.Lavine@kobrekim.com
Victor.Leung@kobrekim.com

*Counsel for the Petitioners*