# **Exhibit B**

Notice Party List

# Exhibit B
## Notice Party List

| Notice Party | Notice Party Address |
|---|---|
| **Debtor via the Administrators of its Foreign Proceeding** | |
| Andrew Childe, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769,<br>Camana Bay,<br>Grand Cayman, KY1-9006,<br>Cayman Islands |
| Richard Lewis, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769,<br>Camana Bay,<br>Grand Cayman, KY1-9006,<br>Cayman Islands |
| Mathew Clingerman, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | Chancery Hall 1st Floor<br>52 Reid Street, Hamilton, HM 12<br>PO Box 671, HM CX Bermuda |
| **Courts and Regulators** | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491 |
| Supreme Court of Bermuda | Attn: Commercial Division<br>2nd Floor, Government Administration Building<br>30 Parliament Street<br>Hamilton HM12<br>Bermuda |
| **Parties in Interest** | |
| Internal Revenue Service | Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service | 2970 Market St.<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |
| Internal Revenue Service | c/o Robert Hunt<br>8122 Datapoint Dr 12th Floor<br>MS 5434<br>San Antonio, TX 78229 |

| Notice Party | Notice Party Address |
|---|---|
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov |
| Department of Justice District of Delaware | Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street<br>Wilmington, DE, 19801 |
| Point Investments LLC | Suite 556<br>Hunkins Waterfront Plaza<br>Main Street<br>Charlestown<br>Nevis |
| Spanish Steps Holdings Ltd. | c/o Carey Olsen Bermuda Limited<br>5th Floor, Rosebank Centre<br>11 Bermudiana Road<br>Pembroke HM, 08, Bermuda |
| Solera Global Holding Corp. | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Universal Computer Systems Holding, Inc. | c/o CT Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| Difficult LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Vista Equity Partners Management, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

| Notice Party | Notice Party Address |
| --- | --- |
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com |
| Vista Equity Partners, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| VEPF IV Co-Invest 1A, L.P. | VEPF IV GP (Cayman), L.P., acting in its capacity as general partner of VEPF IV Co-Invest 1A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF IV Co-Invest 2-A, L.P. | VEPF IV Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 1-B, L.P. | VEPF V Co-Invest 1 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 1-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 2-B, L.P. | VEPF V Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund IV (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund IV GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund IV (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund VI-A, L.P. | FAO David A. Breach<br>Vista Equity Partners Fund VI GP, L.P., acting in its capacity as general partner of Vista Equity Partners Fund VI-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |

| Notice Party | Notice Party Address |
|---|---|
| Vista Foundation Fund I (Parallel), L.P. | FAO David A. Breach<br>Vista Foundation Fund I GP, LLC, acting in its capacity as general partner of Vista Foundation Fund I (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Foundation Fund II-A, L.P. | FAO David A. Breach<br>Vista Foundation Fund II GP, LLC, acting in its capacity as general partner of Vista Foundation Fund II-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund III (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund III GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund III (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| SD Rollover Vehicle, L.P. | SD Rollover Vehicle Limited, acting in its capacity as general partner of SD Rollover Vehicle, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |