**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>               Debtor in a Foreign Proceeding. | Chapter 15<br><br><br>Case No. 22-10261-JKS |

**NOTICE OF (I) FILING OF CHAPTER 15 PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR VIDEO HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 31, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**ALL PARTIES MUST REGISTER BY 12:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 31, 2022.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdO2pqzgiG1x6qL-KTthhdrf_KyCcFH0

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

**PLEASE TAKE NOTICE** that on March 29, 2022, Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives (in such capacity, the "**Petitioners**") filed the following chapter 15 petition for recognition of a foreign proceeding (the "**Petition**"):

A.     Chapter 15 Petition:

1.     Point Investments, Ltd. [Docket No. 1 – filed March 29, 2022]

**PLEASE TAKE FURTHER NOTICE** that in addition to filing the Petition, the Petitioners filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.     Verified Petition and First Day Declarations:

1.     Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 [Docket No. 3 – filed March 29, 2022]

2.     Declaration of Lilla Zuill Pursuant to 28 U.S.C. §1746 [Docket No. 4 – filed March 29, 2022]

3.     Declaration of Adam M. Lavine Pursuant to 28 U.S.C. §1746 [Docket No. 5 – filed March 29, 2022]

**Status**:        The Verified Petition and Declarations will be relied upon as evidentiary support for the first day matters listed below. A recognition hearing will be scheduled for a later date as determined by the Court.

C.     First Day Motions:

1.     Motion to Shorten Time with Respect to Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 8 – filed March 29, 2022]

**Related**:        Order Granting Motion to Shorten Time with Respect to Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 13 – entered March 30, 2022]

United States' Opposition to Motion to Shorten Notice and Vacate Order [Docket No. 14 – filed March 30, 2022]

**Status**:        This matter is going forward.

2.      Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 7 – filed March 29, 2022]

      **Status**:      This matter is going forward.

3.      Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Recognition Hearing and Approving Form and Manner of Notice [Docket No. 6 – filed March 29, 2022]

      **Status**:      This matter is going forward.

      **PLEASE TAKE FURTHER NOTICE** that a video hearing with respect to the First Day Motions is scheduled for March 31, 2022 at 1:00 p.m. (prevailing Eastern Time) before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**"). Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing by 12:00 p.m. (prevailing Eastern Time) on March 31, 2022 by registering at the link below:

https://debuscourts.zoomgov.com/meeting/register/vJItdO2pqzgiG1x6qL-KTthhdrf_KyCcFH0

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: March 30, 2022
Wilmington, Delaware

Respectfully submitted,

**KOBRE & KIM LLP**

/s/ *Jacob R. Kirkham*
Jacob R. Kirkham (No. #5768)
600 North King Street
Suite 501
Wilmington, Delaware 19801
Tel: (302) 518-6460
Jacob.Kirkham@kobrekim.com

Adriana Riviere-Badell (*Pro Hac Vice* Pending)
Evelyn Baltodano Sheehan (*Pro Hac Vice* Pending)
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Adriana.Riviere-Badell@kobrekim.com
Evelyn.Sheehan@kobrekim.com

Adam M. Lavine (*Pro Hac Vice* Pending)
Victor S. Leung (*Pro Hac Vice* Pending)
800 Third Avenue
6th Floor
New York, New York 10022
Tel: (212) 488-1200
Adam.Lavine@kobrekim.com
Victor.Leung@kobrekim.com

*Counsel for the Petitioners*