# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## CERTIFICATE OF SERVICE

I hereby certify the following:

1. On March 30, 2022 and March 31, 2022, I caused the following documents to be served, on behalf of Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives of Point Investments, Ltd. on those identified on the service list attached hereto as **Exhibit A** via methods described herein:

   a. Notice of (I) Filing of Chapter 15 Petition and Related Documents, and (II) Agenda for Video Hearing on First Day Motions Scheduled for March 31, 2022 at 1:00 p.m. (prevailing Eastern Time), Before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware [Docket No. 15] (the "**Notice of Hearing and Agenda**").

   b. Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 7] (the "**Provisional Relief Motion**"); and

   c. Motion to Shorten Time with Respect to Motion for Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 8] (the "**Motion to Shorten**").

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

<u>/s/*Jacob Kirkham*    </u>
Jacob Kirkham (No. #5768)

# Exhibit A

| Notice Party | Notice Party Address | Service Method |
|---|---|---|
| **Courts and Regulators** | | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Timothy.Fox@usdoj.gov | Electronic mail (Provisional Relief Motion, Motion to Shorten, Notice of Hearing and Agenda) |
| **Parties in Interest** | | |
| Department of Justice | Ward D. Benson<br>Ari D. Kunofsky<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-353-9187<br>Email: Ari.D.Kunofsky@usdoj.gov | Electronic mail (Notice of Hearing and Agenda) |
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov | FedEx overnight (Provisional Relief Motion, Motion to Shorten)<br><br>Electronic Mail (Notice of Hearing and Agenda) |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov | FedEx overnight (Provisional Relief Motion, Motion to Shorten)<br><br>Electronic Mail (Notice of Hearing and Agenda) |
| Department of Justice District of Delaware | Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street<br>Wilmington, DE, 19801 | FedEx overnight (Provisional Relief Motion, Motion to Shorten, Notice of Hearing and Agenda) |

| Notice Party | Notice Party Address | Service Method |
|---|---|---|
| Internal Revenue Service | 2970 Market St.<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 | FedEx overnight (Provisional Relief Motion, Motion to Shorten, Notice of Hearing and Agenda) |
| Internal Revenue Service | c/o Robert Hunt<br>8122 Datapoint Dr 12th Floor<br>MS 5434<br>San Antonio, TX 78229 | FedEx overnight (Provisional Relief Motion, Motion to Shorten, Notice of Hearing and Agenda) |
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com | FedEx overnight and first class prepaid mail (Provisional Relief Motion, Motion to Shorten)<br><br>Electronic mail (Notice of Hearing and Agenda) |
| Vista Equity Partners Management, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | FedEx overnight (Provisional Relief Motion, Motion to Shorten, Notice of Hearing and Agenda) |