22-10261 Point Investments, Ltd.
3/31/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jacob | Kirkham | Petitioners, Mathew Clingerman of Krys & Associates (Bermuda) Ltd., and Andrew Childe and Richard Lewis of FFP Limited | Kobre & Kim LLP |
| Victor | Leung | Petitioners, Mathew Clingerman of Krys & Associates (Bermuda) Ltd., and Andrew Childe and Richard Lewis of FFP Limited | Kobre & Kim LLP |
| Steven | Serajeddini | Interested Party | |
| Adriana | Riviere-Badell | Petitioners | |
| Timothy | Fox | U.S. Trustee | Office of U.S. Trustee |
| Paula | Subda | USBC | USBC |
| Brian | Walsh | (observing) | Bryan Cave Leighton Paisner LLP |
| Jason | DeJonker | Observer | Bryan Cave Leighton Paisner LLP |
| John | Barrie | Observer | Bryan Cave Leighton Paisner |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Ari | Kunofsky | United States of America | Department of Justice |
| Taylor | Harrison | Debtwire | |
| Richard | Archer | Law360 | Law360 |
| Uday | Gorrepati | N/A (ABI Project) | |
| Michael | Scarduzio | Observer | |
| Herbert | Linder | United States of America | United States Department of Justice |
| Ward | Benson | United States of America | U.S. Department of Justice |
| Kathryn | Keneally | Observer | Jones Day |
| Mark | Maremont | MEDIA | The Wall Street Journal |
| Anthony | DeRiso | observer | |
| Adam | Lavine | Petitioners and Putative Foreign Representatives | Kobre & Kim LLP |
| Andrew | Childe | Petitioner | |
| Mathew | Clingerman | Foreign Representative (Joint Provisional Liquidators) | Krys & Associates (Bermuda) Ltd. |
| Darcee | Case | Observer | |
| Frank | Jackson | observer | Jones Day |
| Alfonse | Lugano | Court | |
| Lilla | Zuill | Petitioners, Mathew Clingerman of Krys & Associates (Bermuda) Ltd., and Andrew Childe and Richard Lewis of FFP Limited | |