## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS LTD.,<br>(IN LIQUIDATION)[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

### ORDER PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE
### 2002(M) AND (Q) AND 9007 SCHEDULING RECOGNITION
### HEARING AND APPROVING FORM AND MANNER OF NOTICE

Upon the Petitioners' *Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Recognition Hearing and Approving Form and Manner of Notice* (the "Motion"),[2] requesting, in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives of Point Investments, Ltd. (the "Debtor"), the entry of this order (this "Order") (i) scheduling the Recognition Hearing, (ii) setting the Objection Deadline, (iii) approving the Notice Procedures, including the form of Recognition Hearing Notice, (iv) granting related relief as provided in the Motion, and (v) granting such other and further relief as the Court deems just and proper; and the Court having considered the Motion; and the Court having found good cause for granting the relief requested therein; and the Court having held a hearing on the Motion on March 31, 2022; and the Court having found that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to sections 157 and 1334 of title 28 of the United States Code and the *Amended Standing Order of Reference of the*

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*United States District Court for the District of Delaware*, dated February 29, 2012 (Sleet, C.J.); and the Court having found that this is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code; and the Court having found that venue of this proceeding is proper before this Court pursuant to sections 1410 of title 28 of the United States Code; and the Court having found adequate and sufficient notice of the Motion having been provided; and no other or further notice being required; it is hereby

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 3rd Floor, Wilmington, Delaware 19801, on Monday, April 25, 2022 at 1:00 p.m. (prevailing Eastern Time); and it is further

**ORDERED** that the Objection Deadline shall be Monday, April 18, 2022, at 4:00 p.m. (ET); and it is further

**ORDERED** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice; and it is further

**ORDERED** that the Recognition Hearing, or any part thereof, may be adjourned from time to time without further notice other than a notice of adjournment on the docket in this chapter 15 case or an announcement in open court of the adjourned date or dates of any further adjourned hearings; and it is further

**ORDERED** that the Notice Procedures set forth in the Motion (as revised to include the Notice Parties as set forth in <u>Exhibit 2</u> annexed hereto and the service of all notices within one (1) business day of entry of this Order) constitute due and sufficient notice of the Petitions and the relief requested therein, and are hereby approved; and it is further

**ORDERED** that the form of Recognition Hearing Notice annexed hereto as <u>Exhibit 1</u> provides adequate information to the Notice Parties of the chapter 15 case (as set forth on <u>Exhibit 2</u> attached hereto), the relief sought in the Petitions, the time fixed for the filing of objections to such relief, and the time, date, and place of the Recognition Hearing, and is hereby approved; and it is further

**ORDERED** that the Recognition Hearing Notice (and other documents specified in the Motion) shall be served upon the Notice Parties (as set forth on <u>Exhibit 2</u> attached hereto) in the manner set forth in the Motion (as revised to include the Notice Parties as set forth in Exhibit 2 annexed hereto and the service of all notices within one (1) business day of entry of this Order); and it is further

**ORDERED** that responses or objections, if any, to the Petitions be made in writing and set forth the basis therefor, and such responses or objections must (i) be in writing, (ii) detail the factual and legal basis for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and (v) be served upon the following persons so as to be received no later than April 18, 2022 at 4:00 p.m. (ET): Kobre & Kim LLP, 600 North King Street, Suite 501, Wilmington, Delaware 19801 (Attention: Jacob Kirkham, Adam M. Lavine, Victor S. Leung); the Office of the United States Trustee for the District of Delaware, 844 King Street Suite 2207 Lockbox 35 Wilmington, DE 19801; and it is further

**ORDERED** that the service pursuant to this Order shall be good and sufficient service, and constitute adequate notice of the Petitions and Recognition Hearing; and it is further

**ORDERED** that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or, to the extent applicable, are hereby waived; and it is further

**ORDERED** that the Petitioners are authorized to take all action necessary to carry out this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: April 1, 2022

J. Kate Stickles
United States Bankruptcy Judge

## Exhibit 1

Recognition Hearing Notice

Case 22-10261-JKS    Doc 25    Filed 04/01/22    Page 5 of 14

Hearing Date: April 25, 2022 at 1:00 p.m. (ET)
Objection Deadline: April 18, 2022 at 4:00 p.m. (ET)

**IN THE UNITED STATES BANKRUPTCY**
**FOR THE COURT DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on March 29, 2022, Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives (in such capacity, the "Petitioners") of Point Investments Ltd (the "Debtor") filed the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15* [D.I. 3] (the "Verified Petition"), together with *Official Form 401, Chapter 15 Petition for Recognition of a Foreign Proceeding* [D.I. 1] (together with the Verified Petition, the "Petitions") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Petitions seek, among other things, the entry of an order: (i) recognizing as the "foreign main proceeding" the Debtor's winding up proceeding commenced pursuant to section 161(g) of the Companies Act 1981 before the Supreme Court of Bermuda, Commercial Court (the "Bermuda Court"), Case 2020: No. 300 (the "Bermuda Proceeding"); (ii) recognizing the Petitioners as the "foreign representatives" of the Debtor; and (iii) granting related relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled an evidentiary hearing (the "Recognition Hearing") to consider the relief requested in the Petitions at 1:00 p.m. (ET) on Monday, April 25, 2022 by remote means according to such procedures as shall be set forth in the Agenda to be filed by the Petitioners no later than 12:00 p.m. (ET) on Thursday, April 21, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions and all accompanying documentation are available to parties in interest through the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

**Hearing Date:** April 25, 2022 at 1:00 p.m. (ET)
**Objection Deadline:** April 18, 2022 at 4:00 p.m. (ET)

https://www.deb.uscourts.gov/ (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by e-mail) addressed to:

>   Kobre & Kim LLP
>   600 North King Street, Suite 501
>   Wilmington, Delaware 19801
>   Tel: (302) 518-6460
>   Attn: Jacob Kirkham (Jacob.Kirkham@kobrekim.com)
>       Adam M. Lavine (Adam.Lavine@kobrekim.com)
>       Victor S. Leung (Victor.Leung@kobrekim.com)

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petitions, or the relief requested therein, must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the District of Delaware, setting forth in writing the basis thereof. Any such response or objection must be filed with the Bankruptcy Court and served upon the following so as to be received **no later than 4:00 p.m. (ET) on April 18, 2022** (the "Objection Deadline"): (i) counsel to Petitioners at Kobre & Kim LLP (Attn: Jacob Kirkham, Adam M. Lavine, Victor S. Leung), 600 North King Street, Suite 501, Wilmington, Delaware 19801; and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposing the Petitions or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petitions without further notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates or any other further adjourned hearing.

[*Remainder of page intentionally left blank*]

**Hearing Date:** April 25, 2022 at 1:00 p.m. (ET)
**Objection Deadline:** April 18, 2022 at 4:00 p.m. (ET)

Dated: April 1, 2022
Wilmington, Delaware

**KOBRE & KIM LLP**

/s/ Jacob R. Kirkham
Jacob R. Kirkham (No. #5768)
600 North King Street
Suite 501
Wilmington, Delaware 19801
Tel: (302) 518-6456
Jacob.Kirkham@kobrekim.com

Adriana Riviere-Badell (Admitted *Pro Hac Vice*)
Evelyn Baltodano Sheehan (Admitted *Pro Hac Vice*)
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Adriana.Riviere-Badell@kobrekim.com
Evelyn.Sheehan@kobrekim.com

Adam M. Lavine (Admitted *Pro Hac Vice*)
Victor S. Leung (Admitted *Pro Hac Vice*)
800 Third Avenue, 6th Floor
New York, New York 10022
Tel: (212) 488-1200
Adam.Lavine@kobrekim.com
Victor.Leung@kobrekim.com

*Counsel for the Petitioners*

**Exhibit 2**
Notice Party List

| Notice Party | Notice Party Address |
|---|---|
| **Debtor via the Administrators of its Foreign Proceeding** | |
| Andrew Childe, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769, Camana Bay, Grand Cayman, KY1-9006, Cayman Islands |
| Richard Lewis, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769, Camana Bay, Grand Cayman, KY1-9006, Cayman Islands |
| Mathew Clingerman, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | Chancery Hall 1st Floor 52 Reid Street, Hamilton, HM 12 PO Box 671, HM CX Bermuda |
| **Courts and Regulators** | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801 302-573-6491 |
| Supreme Court of Bermuda | Attn: Commercial Division 2nd Floor, Government Administration Building 30 Parliament Street Hamilton HM12 Bermuda |
| **Parties in Interest** | |
| Internal Revenue Service | Centralized Insolvency Operation P. O. Box 7346 Philadelphia, PA 19101-7346 |
| Internal Revenue Service | 2970 Market St. Mail Stop 5-Q30-133 Philadelphia, PA 19104-5016 |
| Internal Revenue Service | c/o Robert Hunt 8122 Datapoint Dr 12th Floor MS 5434 San Antonio, TX 78229 |

| Notice Party | Notice Party Address |
|---|---|
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov |
| Department of Justice District of Delaware | Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street<br>Wilmington, DE, 19801 |
| Point Investments LLC | Suite 556<br>Hunkins Waterfront Plaza<br>Main Street<br>Charlestown<br>Nevis |
| Spanish Steps Holdings Ltd. | c/o Carey Olsen Bermuda Limited<br>5th Floor, Rosebank Centre<br>11 Bermudiana Road<br>Pembroke HM, 08, Bermuda |
| Solera Global Holding Corp. | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Universal Computer Systems Holding, Inc. | c/o CT Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| Difficult LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Vista Equity Partners Management, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

| Notice Party | Notice Party Address |
|---|---|
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com |
| Vista Equity Partners, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| VEPF IV Co-Invest 1A, L.P. | VEPF IV GP (Cayman), L.P., acting in its capacity as general partner of VEPF IV Co-Invest 1A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF IV Co-Invest 2-A, L.P. | VEPF IV Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 1-B, L.P. | VEPF V Co-Invest 1 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 1-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 2-B, L.P. | VEPF V Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund IV (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund IV GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund IV (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund VI-A, L.P. | FAO David A. Breach<br>Vista Equity Partners Fund VI GP, L.P., acting in its capacity as general partner of Vista Equity Partners Fund VI-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |

| Notice Party | Notice Party Address |
|---|---|
| Vista Foundation Fund I (Parallel), L.P. | FAO David A. Breach<br>Vista Foundation Fund I GP, LLC, acting in its capacity as general partner of Vista Foundation Fund I (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Foundation Fund II-A, L.P. | FAO David A. Breach<br>Vista Foundation Fund II GP, LLC, acting in its capacity as general partner of Vista Foundation Fund II-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund III (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund III GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund III (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| SD Rollover Vehicle, L.P. | SD Rollover Vehicle Limited, acting in its capacity as general partner of SD Rollover Vehicle, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Krypton Fund Services (Bermuda) Ltd. | BCB Building, Penthouse<br>34 Bermudiana Road<br>Hamilton HM11<br>Bermuda<br>Hamiltonrwhite@kryptonfs.com |
| PricewaterhouseCoopers | FAO Robert J. Osborne<br>4th Floor, Washington House<br>16 Church Street<br>Hamilton HM 11<br>Bermuda<br>robert.osborne@pwc.com |
| St. John's Trust Company (PVT) Limited | c/o Alexander Management Ltd.<br>69 Pitts Bay Road<br>Belvedere Building, Ground Floor<br>Pembroke HM 08<br>Bermuda |
| FC Lawyers | Brisbane Club Tower<br>Level 8, 241 Adelaide Street<br>Brisbane, QLD 4000<br>Australia<br>office@fclawyers.com.au |

| Notice Party | Notice Party Address |
|---|---|
| James A. F. Watlington | Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Glenn Ferguson | Brisbane Club Tower, Level 8<br>241 Adelaide Street<br>Brisbane, QLD 4000<br>Australia<br>glenn@fclawyers.com.au |
| Alexander Management Ltd. | FAO James Watlington<br>Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Alexander Advisory Limited | FAO James Watlington<br>Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Alexander Advisory Solutions Limited | 189 Hamilton Avenue,<br>Surbiton<br>KT6 7QA<br>United Kingdom<br>jafw@alexanders.bm |
| Paul Hastings LLP | FAO Matthew J. Herrington<br>2050 M Street NW<br>Washington, DC 20036<br>mattherrington@paulhastings.com<br><br>FAO Peter B. Axelrod<br>200 Park Ave<br>New York, NY 10166<br>peteraxelrod@paulhastings.com |
| XXIV Barristers' Chambers | XXIV Old Buildings<br>Lincoln's Inn<br>London WC2A 3UP<br>DX 307 LDE<br>United Kingdom<br>edward.cumming@xxiv.co.uk |

| Notice Party | Notice Party Address |
|---|---|
| Lenz & Staehelin | FAO Shelby du Pasquier<br>Route de Chêne 30<br>CH-1211 Geneva 6<br>Switzerland<br>Shelby.dupasquier@lenzstaehelin.com<br>Hikmat.maleh@lenzstaehelin.com |
| Bermuda Monetary Authority | BMA House<br>43 Victoria Street<br>Hamilton, HM JX<br>Bermuda |
| Ward W. Benson | U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>wardlow.w.benson@usdoj.com |
| Joyce A Tan & Partners | 8 Temasek Boulevard<br>#15-04<br>038988<br>Singapore |
| Marshall Diel & Myers Limited | c/o Apex Corporate Services Ltd.<br>58 Par-La-Ville Road<br>4th Floor Vallis Building<br>Hamilton, Pembroke HM11<br>Bermuda |