# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                )SS:
COUNTY OF NEW YORK )

I, Victor S. Leung, being duly sworn, depose and say that:

1. I am an attorney employed by Kobre & Kim LLP at 800 Third Avenue, New York, New York, 10022. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

2. On April 1, 2022, I caused the *Notice of Filing and Hearing on Petition Under Chapter 15 of the United States Bankruptcy Code and Motion for Related Relief* (the "Recognition Hearing Notice"), in the form annexed as Exhibit 1 to the *Order Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 Scheduling Recognition Hearing and Approving Form and Manner of Notice* [D.I. 25], to be served on behalf of Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., in their capacity as the duly-appointed Joint Provisional Liquidators and putative foreign representatives of Point

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

Investments, Ltd. (the "Debtor"), via FedEx overnight mail upon all notice parties with an international mailing address on the service list attached hereto as **Exhibit 1** (the "Service List") and via first class mail upon all notice parties (including those with a domestic mailing address) on the Service List.

3. On April 1, 2022, I caused the documents listed below (the "Recognition Documents") to be served via first class mail upon all notice parties in the Service List.

   a. Chapter 15 Petition for Recognition of a Foreign Proceeding [D.I. 1];

   b. Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 and Joint Verification of Andrew Childe and Richard Lewis of FFP Limited and Mathew Clingerman of Krys & Associates (Bermuda) Ltd., As Joint Provisional Liquidators of Point Investments Ltd., in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 [D.I. 3], and Exhibits A and B thereto;

   c. Declaration of Lilla Zuill Pursuant to 28 U.S.C. § 1746 [D.I. 4];

   d. Declaration of Adam Lavine 28 U.S.C. § 1746 [D.I. 5], and Exhibits 1 through 4 thereto;

   e. Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Recognition Hearing and Approving Form and Manner of Notice [D.I. 6], and Exhibits A and B thereto;

   f. Notice of Filing of Agreed Revised Proposed Order Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Recognition Hearing and Approving Form and Manner of Service [D.I. 24], and Exhibits A and B thereto;

   g. Order Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 Scheduling Recognition Hearing and Approving Form and Manner of Notice [D.I. 25].

4. On April 4, 2022, I further caused the Recognition Documents to be served via electronic mail on notice parties with an electronic mailing address on the Service List.

5. On April 4, 2022, I further caused the Recognition Hearing Notice to be served via electronic mail on notice parties with an electronic mailing address in the Service List.

6. On April 6, 2022, I further caused the *Order Granting Provisional Relief Under Section 1519 of the Bankruptcy Code* [D.I. 27] to be served on the parties on **Exhibit 2** via first class mail.

[*Signature on following page.*]

Dated: April 8, 2022
New York, New York


/s/
Victor S. Leung

Sworn to and subscribed before me this 8th day of April 2022, by Victor S. Leung, whose identity was proven to me.

STATE OF NEW YORK
COUNTY OF NEW YORK

The Forgoing Instrument was Acknowledged before me
this 8th Day of April, 2022
BY: 

Jonathan Uruchima, Notary Public 01UR6381271
Commission Expires 10/01/2022

# Exhibit 1

Service List

| Notice Party | Notice Party Address |
|---|---|
| **Debtor via the Administrators of its Foreign Proceeding** | |
| Andrew Childe, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769,<br>Camana Bay,<br>Grand Cayman, KY1-9006,<br>Cayman Islands |
| Richard Lewis, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | 10 Market Street #769,<br>Camana Bay,<br>Grand Cayman, KY1-9006,<br>Cayman Islands |
| Mathew Clingerman, in his capacity as Joint Provisional Liquidator and putative foreign representative of Point Investments, Ltd. | Chancery Hall 1st Floor<br>52 Reid Street, Hamilton, HM 12<br>PO Box 671, HM CX Bermuda |
| **Courts and Regulators** | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491 |
| Supreme Court of Bermuda | Attn: Commercial Division<br>2nd Floor, Government Administration Building<br>30 Parliament Street<br>Hamilton HM12<br>Bermuda |
| **Parties in Interest** | |
| Internal Revenue Service | Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service | 2970 Market St.<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |
| Internal Revenue Service | c/o Robert Hunt<br>8122 Datapoint Dr 12th Floor<br>MS 5434<br>San Antonio, TX 78229 |

| Notice Party | Notice Party Address |
|---|---|
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov |
| Department of Justice District of Delaware | Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street<br>Wilmington, DE, 19801 |
| Point Investments LLC | Suite 556<br>Hunkins Waterfront Plaza<br>Main Street<br>Charlestown<br>Nevis |
| Spanish Steps Holdings Ltd. | c/o Carey Olsen Bermuda Limited<br>5th Floor, Rosebank Centre<br>11 Bermudiana Road<br>Pembroke HM, 08, Bermuda |
| Solera Global Holding Corp. | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Universal Computer Systems Holding, Inc. | c/o CT Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| Difficult LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Vista Equity Partners Management, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

| Notice Party | Notice Party Address |
|---|---|
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com |
| Vista Equity Partners, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| VEPF IV Co-Invest 1A, L.P. | VEPF IV GP (Cayman), L.P., acting in its capacity as general partner of VEPF IV Co-Invest 1A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF IV Co-Invest 2-A, L.P. | VEPF IV Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 1-B, L.P. | VEPF V Co-Invest 1 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 1-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| VEPF V Co-Invest 2-B, L.P. | VEPF V Co-Invest 2 GP, LLC, acting in its capacity as general partner of VEPF IV Co-Invest 2-B, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund IV (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund IV GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund IV (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund VI-A, L.P. | FAO David A. Breach<br>Vista Equity Partners Fund VI GP, L.P., acting in its capacity as general partner of Vista Equity Partners Fund VI-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |

| Notice Party | Notice Party Address |
|---|---|
| Vista Foundation Fund I (Parallel), L.P. | FAO David A. Breach<br>Vista Foundation Fund I GP, LLC, acting in its capacity as general partner of Vista Foundation Fund I (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Foundation Fund II-A, L.P. | FAO David A. Breach<br>Vista Foundation Fund II GP, LLC, acting in its capacity as general partner of Vista Foundation Fund II-A, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Vista Equity Partners Fund III (Parallel), L.P. | FAO David A. Breach<br>Vista Equity Partners Fund III GP, LLC, acting in its capacity as general partner of Vista Equity Partners Fund III (Parallel), L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| SD Rollover Vehicle, L.P. | SD Rollover Vehicle Limited, acting in its capacity as general partner of SD Rollover Vehicle, L.P.<br>4 Embarcadero Center 20th Floor<br>San Francisco, CA 94111 |
| Krypton Fund Services (Bermuda) Ltd. | BCB Building, Penthouse<br>34 Bermudiana Road<br>Hamilton HM11<br>Bermuda<br>Hamiltonrwhite@kryptonfs.com |
| PricewaterhouseCoopers | FAO Robert J. Osborne<br>4th Floor, Washington House<br>16 Church Street<br>Hamilton HM 11<br>Bermuda<br>robert.osborne@pwc.com |
| St. John's Trust Company (PVT) Limited | c/o Alexander Management Ltd.<br>69 Pitts Bay Road<br>Belvedere Building, Ground Floor<br>Pembroke HM 08<br>Bermuda |
| FC Lawyers | Brisbane Club Tower<br>Level 8, 241 Adelaide Street<br>Brisbane, QLD 4000<br>Australia<br>office@fclawyers.com.au |

| Notice Party | Notice Party Address |
|---|---|
| James A. F. Watlington | Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Glenn Ferguson | Brisbane Club Tower, Level 8<br>241 Adelaide Street<br>Brisbane, QLD 4000<br>Australia<br>glenn@fclawyers.com.au |
| Alexander Management Ltd. | FAO James Watlington<br>Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Alexander Advisory Limited | FAO James Watlington<br>Belvedere Building<br>Ground Floor, 69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda<br>jafw@alexanders.bm |
| Alexander Advisory Solutions Limited | 189 Hamilton Avenue,<br>Surbiton<br>KT6 7QA<br>United Kingdom<br>jafw@alexanders.bm |
| Paul Hastings LLP | FAO Matthew J. Herrington<br>2050 M Street NW<br>Washington, DC 20036<br>mattherrington@paulhastings.com<br><br>FAO Peter B. Axelrod<br>200 Park Ave<br>New York, NY 10166<br>peteraxelrod@paulhastings.com |
| XXIV Barristers' Chambers | XXIV Old Buildings<br>Lincoln's Inn<br>London WC2A 3UP<br>DX 307 LDE<br>United Kingdom<br>edward.cumming@xxiv.co.uk |

| Notice Party | Notice Party Address |
| --- | --- |
| Lenz & Staehelin | FAO Shelby du Pasquier<br>Route de Chêne 30<br>CH-1211 Geneva 6<br>Switzerland<br>Shelby.dupasquier@lenzstaehelin.com<br>Hikmat.maleh@lenzstaehelin.com |
| Bermuda Monetary Authority | BMA House<br>43 Victoria Street<br>Hamilton, HM JX<br>Bermuda |
| Ward W. Benson | U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>wardlow.w.benson@usdoj.com |
| Joyce A Tan & Partners | 8 Temasek Boulevard<br>#15-04<br>038988<br>Singapore |
| Marshall Diel & Myers Limited | c/o Apex Corporate Services Ltd.<br>58 Par-La-Ville Road<br>4th Floor Vallis Building<br>Hamilton, Pembroke HM11<br>Bermuda |

# **Exhibit 2**

Provisional Relief Order Service Parties

| Notice Party | Notice Party Address |
|---|---|
| **Courts and Regulators** | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Timothy.Fox@usdoj.gov |
| **Parties in Interest** | |
| Department of Justice | Ward D. Benson<br>Ari D. Kunofsky<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-353-9187<br>Email: Ari.D.Kunofsky@usdoj.gov |
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov |
| Department of Justice District of Delaware | Hercules Building<br>U.S. Attorney's Office<br>1313 N Market Street<br>Wilmington, DE, 19801 |
| Internal Revenue Service | 2970 Market St.<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 |

| Notice Party | Notice Party Address |
|---|---|
| Internal Revenue Service | c/o Robert Hunt<br>8122 Datapoint Dr 12th Floor<br>MS 5434<br>San Antonio, TX 78229 |
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com |
| Vista Equity Partners Management, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |