IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-bk-10261-JKS |
| | ) | Chapter 15 |
| POINT INVESTMENTS, LTD. | ) | Judge J. Kate Stickles |
| (IN LIQUIDATION), | ) | |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | **Hearing: 4/25/22 @ 10 AM** |
| | ) | |

### UNITED STATES' WITHDRAWAL OF OPPOSITION

Based on discussions with counsel for the debtor, the United States withdraws its opposition to the Court's order (the "Order") granting the debtor provisional injunctive relief. (Dkt. No. 27). This withdrawal is made on the understanding with debtor's counsel that: (1) the terms of the Order (other than the direction to file additional briefs) will remain in effect; and (2) the withdrawal is without prejudice to the United States' right to seek relief from the Order (based on the Tax Anti-Injunction Act, sovereign immunity, and any other appropriate grounds) if recognition of the debtor's Bermuda proceeding is denied. The United States thanks the Court for its time and attention in this matter.

Date: April 12, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
ARI D. KUNOFSKY
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-9642
Email: ward.w.benson@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that the foregoing WITHDRAWAL was filed with the clerk of the court on April 12, 2022, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

<pre>
                                        /s/ Ward W. Benson
                                        WARD W. BENSON
                                        Trial Attorney, Tax Division
</pre>