IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR VIDEO HEARING
ON APRIL 25, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**ALL PARTIES MUST REGISTER BY 4:00 PM (PREVAILING EASTERN TIME) ON APRIL 22, 2022.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-CtrjwjH3jusMxn4hzcONHR2e7ieEg

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

1. Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 [Docket No. 3 – filed March 29, 2022]

    Objection/Response Deadline:     April 18, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:   None

    Related Documents:

    A. Form Chapter 15 Petition Point Investments, Ltd. [Docket No. 1 – filed March 29, 2022]

    B. Declaration of Lilla Zuill Pursuant to 28 U.S.C. §1746 [Docket No. 4 – filed March 29, 2022]

    C. Declaration of Adam M. Lavine Pursuant to 28 U.S.C. §1746 [Docket No. 5 – filed March 29, 2022]

    D. Order Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 Scheduling Recognition Hearing and Approving Form and Manner of Notice [Docket No. 25 – filed April 1, 2022]

    E. Order Granting Provisional Relief Under Section 1519 of the Bankruptcy Code [Docket No. 27 – filed April 5, 2022]

    F. Affidavit of Service [Docket No. 30 – filed April 8, 2022]

    G. Certificate of Counsel Regarding Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 [Docket No. 32 – filed April 20, 2022]

    Status:    A certification of counsel has been filed. This matter will be going forward on an uncontested basis unless the Court enters an order prior to the hearing.

Dated: April 21, 2022
Wilmington, Delaware

          Respectfully submitted,

          **KOBRE & KIM LLP**

          */s/ Jacob R. Kirkham*
          Jacob R. Kirkham (No. #5768)
          600 North King Street
          Suite 501
          Wilmington, Delaware 19801
          Tel: (302) 518-6460
          Jacob.Kirkham@kobrekim.com

          Adriana Riviere-Badell (Admitted *Pro Hac Vice*)
          Evelyn Baltodano Sheehan (Admitted *Pro Hac Vice*
          Pending)
          201 South Biscayne Boulevard
          Suite 1900
          Miami, Florida 33131
          Tel: (305) 967-6117
          Adriana.Riviere-Badell@kobrekim.com
          Evelyn.Sheehan@kobrekim.com

          Adam M. Lavine (Admitted *Pro Hac Vice*)
          Victor S. Leung (Admitted *Pro Hac Vice*)
          800 Third Avenue
          6th Floor
          New York, New York 10022
          Tel: (212) 488-1200
          Adam.Lavine@kobrekim.com
          Victor.Leung@kobrekim.com

          *Counsel for the Petitioners*