# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>　　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## AFFIDAVIT OF SERVICE

I, John G. Conte, being duly sworn, depose and say that:

1. I am over eighteen years of age, am not a party to this action, and am employed by the law firm Kobre & Kim LLP.

2. On June 15, 2022, I caused to be served the *Status Report* [Docket No. 37] on those identified on the service list attached hereto as **Exhibit A** via the ECF notification system and/or electronic mail, as indicated therein.

[*signature page follows*]

Dated: June 17, 2022  
New York, New York

/s/ _____

John G. Conte

Sworn to and subscribed before me this 17 day of June, 2022, by John G. Conte whose identity was proven to me.

EDRIS STRAUGHN  
Notary Public, State New York  
Registration No. 01ST6053626  
Qualified in Nassau County  
Commission Expires 03/08/2023

# Exhibit A

| Notice Party | Notice Party Address | Service Method |
|---|---|---|
| **Courts and Regulators** | | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Timothy.Fox@usdoj.gov | Electronic Mail / ECF |
| **Parties in Interest** | | |
| Department of Justice | Ward D. Benson<br>Ari D. Kunofsky<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-353-9187<br>Email: Ari.D.Kunofsky@usdoj.gov | Electronic Mail / ECF |
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov<br>eastern.taxcivil@usdoj.gov | Electronic Mail / ECF |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov | Electronic Mail |
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com | Electronic Mail |

| | | |
|---|---|---|
| FC Lawyers | c/o Glenn Ferguson<br>Brisbane Club Tower<br>Level 8, 241 Adelaide Street<br>Brisbane, QLD 4000<br>Glenn@fclawyers.com.au<br>office@fclawyers.com.au | Electronic Mail |
| Paul Hastings, LLP | c/o Matthew Herrington<br>c/o Peter Axelrod<br>2050 M Street NW<br>Washington, DC 20036<br>mattherrington@paulhastings.com<br>peteraxelrod@paulhastings.com | Electronic Mail |
| XXVI Old Buildings | c/o Edward Cumming QC<br>Lincoln's Inn<br>London WC2A 3UP<br>DX 307 LDE<br>edward.cumming@xxiv.co.uk | Electronic Mail |
| Lenz & Staehelin | c/o Hikmat Maleh<br>c/o Shelby du Pasquier<br>Route de Chêne 30<br>CH-1211 Geneva 6<br>hikmat.maleh@lenzstaehelin.com<br>shelby.dupasquier@lenzstaehelin.com | Electronic Mail |
| Krypton Fund Services (Bermuda) Ltd. | c/o Hamilton White<br>Suite No. 1222<br>Rosebank Centre<br>11 Bermudiana Road<br>Pembroke, HM08<br>Bermuda<br>hamiltonrwhite@kryptonfs.com | Electronic Mail |
| Pricewaterhouse Coopers Ltd. Bermuda | c/o Robert Osborne<br>Washington House<br>4th Floor, 16 Church Street<br>Hamilton HM11<br>Bermuda<br>robert.osborne@pwc.com | Electronic Mail |
| Alexanders, Barristers & Attorneys | c/o James Ferguson<br>Belvedere Building, Ground Floor<br>69 Pitts Bay Road<br>Pembroke, HM08<br>Bermuda<br>jafw@alexanders.bm | Electronic Mail |