IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## STATUS REPORT

Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Krys & Associates (Bermuda) Ltd. (the "Foreign Representatives"), in their capacity as the duly-appointed Joint Provisional Liquidators and foreign representatives of Point Investments, Ltd. (the "Debtor"), report that, on July 26, 2022, the Foreign Representatives filed an application with the Swiss Financial Market Supervisory Authority. The application seeks: (i) recognition of the order, dated February 18, 2022, of the Supreme Court of Bermuda, Commercial Court that, among other things, ordered the winding up of the Debtor (the "Winding Up Order"); (ii) authorization for the Foreign Representatives to undertake all steps necessary for the recognition and enforcement of the Winding Up Order in Switzerland; (iii) authorization for the Foreign Representatives to assert in Switzerland the rights of the Debtor; and (iv) a declaration that the Winding Up Order is immediately enforceable.

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

Dated: July 29, 2022

Wilmington, Delaware

        Respectfully submitted,

        **KOBRE & KIM LLP**
        /s/ *Jacob R. Kirkham*
        Jacob R. Kirkham (No. #5768)
        600 North King Street
        Suite 501
        Wilmington, Delaware 19801
        Tel: (302) 518-6460
        Jacob.Kirkham@kobrekim.com

        Adriana Riviere-Badell (*Pro Hac Vice*)
        Evelyn Baltodano Sheehan (*Pro Hac Vice*)
        201 South Biscayne Boulevard
        Suite 1900
        Miami, Florida 33131
        Tel: (305) 967-6117
        Adriana.Riviere-Badell@kobrekim.com
        Evelyn.Sheehan@kobrekim.com

        Adam M. Lavine (*Pro Hac Vice*)
        800 Third Avenue
        6th Floor
        New York, New York 10022
        Tel: (212) 488-1200
        Adam.Lavine@kobrekim.com

        *Counsel for the Foreign Representatives*