# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>　　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## AFFIDAVIT OF SERVICE

I, John G. Conte, being duly sworn, depose and say that:

　　1.　　I am over eighteen years of age, am not a party to this action, and am employed by the law firm Kobre & Kim LLP.

　　2.　　On July 29, 2022, and August 1, 2022, I caused to be served the *Status Report* [Docket No. 39] on those identified on the service list attached hereto as **Exhibit A** via the ECF notification system and/or electronic mail, as indicated therein.

*[signature page follows]*

Dated: August 2, 2022
New York, New York

_____
John G Conte

    Sworn to and subscribed before me this 02 day of August, 2022, by John G. Conte whose identity was proven to me.

**JOSEPH CAPIO**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CA6434064
Qualified in New York County
My Commission Expires 05-31-2026