## **Exhibit A**

| Notice Party | Notice Party Address | Service Method |
|---|---|---|
| **Courts and Regulators** | | |
| Office of the United States Trustee for the District of Delaware | Office of The United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Timothy.Fox@usdoj.gov | Electronic Mail (8/1/2022)<br>ECF (7/29/2022) |
| **Parties in Interest** | | |
| Department of Justice | Ward D. Benson<br>Ari D. Kunofsky<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-353-9187<br>Email: Ari.D.Kunofsky@usdoj.gov | Electronic Mail (8/1/2022)<br>ECF (7/29/2022) |
| Department of Justice | c/o Herbert W Linder<br>United States Department of Justice<br>Tax Division<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75242<br>214-880-9754<br>herbert.w.linder@usdoj.gov<br>eastern.taxcivil@usdoj.gov | Electronic Mail (8/1/2022)<br>ECF (7/29/2022) |
| Department of Justice | c/o Jonathan L Blacker<br>Attorney at Law<br>717 N Harwood<br>Ste 400<br>Dallas, TX 75201<br>214-880-9765<br>214-880-9741 (facsimile)<br>jonathan.blacker2@usdoj.gov | Electronic Mail (8/1/2022) |
| Vista Equity Partners Management, LLC | c/o Christina S. Lema<br>4 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>CLema@vistaequitypartners.com | Electronic Mail (8/1/2022) |

| | | |
|---|---|---|
| FC Lawyers | c/o Glenn Ferguson<br>Brisbane Club Tower<br>Level 8, 241 Adelaide Street<br>Brisbane, QLD 4000<br>Glenn@fclawyers.com.au<br>office@fclawyers.com.au | Electronic Mail (8/1/2022) |
| Paul Hastings, LLP | c/o Matthew Herrington<br>c/o Peter Axelrod<br>2050 M Street NW<br>Washington, DC 20036<br>mattherrington@paulhastings.com<br>peteraxelrod@paulhastings.com | Electronic Mail (8/1/2022) |
| XXVI Old Buildings | c/o Edward Cumming QC<br>Lincoln's Inn<br>London WC2A 3UP<br>DX 307 LDE<br>edward.cumming@xxiv.co.uk | Electronic Mail (8/1/2022) |
| Lenz & Staehelin | c/o Hikmat Maleh<br>c/o Shelby du Pasquier<br>Route de Chêne 30<br>CH-1211 Geneva 6<br>hikmat.maleh@lenzstaehelin.com<br>shelby.dupasquier@lenzstaehelin.com | Electronic Mail (8/1/2022) |
| Krypton Fund Services (Bermuda) Ltd. | c/o Hamilton White<br>Suite No. 1222<br>Rosebank Centre<br>11 Bermudiana Road<br>Pembroke, HM08<br>Bermuda<br>hamiltonrwhite@kryptonfs.com | Electronic Mail (8/1/2022) |
| Pricewaterhouse Coopers Ltd. Bermuda | c/o Robert Osborne<br>Washington House<br>4th Floor, 16 Church Street<br>Hamilton HM11<br>Bermuda<br>robert.osborne@pwc.com | Electronic Mail (8/1/2022) |
| Alexanders, Barristers & Attorneys | c/o James Ferguson<br>Belvedere Building, Ground Floor<br>69 Pitts Bay Road<br>Pembroke, HM08<br>Bermuda<br>jafw@alexanders.bm | Electronic Mail (8/1/2022) |