# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

### STATUS REPORT REGARDING APPOINTMENT OF FOREIGN REPRESENTATIVES AS PERMANENT LIQUIDATORS OF THE DEBTOR

1. Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Kroll Bermuda Ltd. (the "Foreign Representatives"), in their capacity as the foreign representatives of Point Investments, Ltd. (the "Debtor") in respect of the winding up proceeding pending before the Supreme Court of Bermuda (the "Bermuda Court"), Commercial Court, Case 2020: No. 300 (the "Bermuda Proceeding"), by and through the undersigned counsel, respectfully submit this status report pursuant to 11 U.S.C. § 1518, which requires the filing of a notice concerning any change in status of the Foreign Representatives' appointment.

2. As set forth in the petition that commenced this case [D.I. 1], on February 18, 2022, the Bermuda Court entered an order (the "Winding Up Order"), which, in relevant part, appointed the Foreign Representatives as joint provisional liquidators of the Debtor.

3. On July 20, 2022, the Foreign Representatives filed an application seeking appointment as joint permanent liquidators of the Debtor, which the Bermuda Court granted by order dated August 15, 2022 (the "Liquidator Appointment Order"). The Liquidator Appointment Order, a copy of which is attached hereto as **Exhibit A**, empowers the Foreign Representatives to

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

remain in office as liquidators of the Debtor and take the same actions as authorized under the Winding Up Order for the remainder of the Bermuda Proceeding.

Respectfully submitted,

Dated: August 26, 2022
Wilmington, Delaware

/s/ Stephen J. Astringer
**KOBRE & KIM LLP**
Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
600 North King Street
Suite 501
Wilmington, Delaware 19801
Tel: (302) 518-6460
Jacob.Kirkham@kobrekim.com
Stephen.Astringer@kobrekim.com

Adriana Riviere-Badell (*Pro Hac Vice*)
Evelyn Baltodano Sheehan (*Pro Hac Vice*)
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Adriana.Riviere-Badell@kobrekim.com
Evelyn.Sheehan@kobrekim.com

Adam M. Lavine (*Pro Hac Vice*)
800 Third Avenue
6th Floor
New York, New York 10022
Tel: (212) 488-1200

*Counsel to the Foreign Representative*