IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261-JKS |

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

**PLEASE TAKE NOTICE** that the mailing address for the above-captioned debtor (the "Debtor") has changed to:

> c/o Kroll Bermuda
> The Vallis Building, 4th Floor
> 58 Par-La-Ville Road
> Hamilton, HM 11
> Bermuda

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by the Debtor are to be directed to the new mailing address.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

Respectfully submitted,

Dated: January 9, 2023
Wilmington, Delaware

/s/ *Stephen J. Astringer*
**KOBRE & KIM LLP**
Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
600 North King Street
Suite 501
Wilmington, Delaware 19801
Tel: (302) 518-6460
Jacob.Kirkham@kobrekim.com
Stephen.Astringer@kobrekim.com

Adriana Riviere-Badell (*Pro Hac Vice*)
Evelyn Baltodano Sheehan (*Pro Hac Vice*)
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 967-6117
Adriana.Riviere-Badell@kobrekim.com
Evelyn.Sheehan@kobrekim.com

Adam M. Lavine (*Pro Hac Vice*)
800 Third Avenue
6th Floor
New York, New York 10022
Tel: (212) 488-1200

*Counsel to the Foreign Representative*