IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (JKS) |
| Debtor in a Foreign Proceeding. | |

**STATUS REPORT AND NOTICE OF FOREIGN PROCEEDING**

Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Kroll Bermuda Ltd. (the "Foreign Representatives"), in their capacity as the foreign representatives of Point Investments, Ltd. (the "Debtor") in respect of the winding up proceeding pending before the Supreme Court of Bermuda (the "Bermuda Court"), Commercial Court, Case 2020: No. 300 (the "Bermuda Proceeding"), by and through the undersigned counsel, respectfully submit this status report pursuant to 11 U.S.C. § 1518, which requires the filing of a notice concerning "any other foreign proceeding regarding the debtor that becomes known to the foreign representative(s)."

1. As set forth in the status report dated July 29, 2022 [D.I. 39], the Foreign Representatives filed an application with the Swiss Financial Market Supervisory Authority ("FINMA") seeking, among other things, recognition of the order, dated February 18, 2022, of the Bermuda Court that, among other things, ordered the winding up of the Debtor (the "Winding Up Order"). On November 25, 2022, FINMA determined it was not competent to issue a recognition of the Winding Up Order.

2. Following FINMA's determination, the Foreign Representatives sought

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

recognition of the Winding Up Order in the Court of First Instance for the Republic and Canton of Geneva (the "Swiss Court"). On January 16, 2023, the Swiss Court entered a judgment, among other things, recognizing the Winding Up Order in Switzerland and opening an ancillary bankruptcy proceeding in Switzerland (the "Swiss Recognition Judgment"). A copy of the Swiss Recognition Judgment is attached hereto as **Exhibit A**. A translated copy of the Swiss Recognition Judgment is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: February 22, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Stephen J. Astringer<br>**KOBRE & KIM LLP**<br>Jacob R. Kirkham (No. 5768)<br>Stephen J. Astringer (No. 6375)<br>600 North King Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6451<br>Facsimile: (302) 518-6461<br>jacob.kirkham@kobrekim.com<br>stephen.astringer@kobrekim.com<br><br>-and-<br><br>Adriana Riviere-Badell (admitted *pro hac vice*)<br>Evelyn Baltodano Sheehan (admitted *pro hac vice*)<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 967-6100<br>Facsimile: (305) 967-6120<br>adriana.riviere-badell@kobrekim.com<br>evelyn.sheehan@kobrekim.com<br><br>-and-<br><br>Adam M. Lavine (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 380-2580<br>Facsimile: (212) 488-1220<br>Adam.lavine@kobrekim.com<br><br>*Counsel to the Foreign Representatives* |