# **Exhibit A**

Swiss Recognition Judgment

| REPUBLIQUE ET |  | CANTON DE GENEVE |
|---|---|---|

# POUVOIR JUDICIAIRE

C/24865/2022-5 SFC                                                                                   JTPI/738/2023

# JUGEMENT

## DU TRIBUNAL DE PREMIERE INSTANCE

### 5ème Chambre

### DU LUNDI 16 JANVIER 2023

Pour

**Messieurs Mathew CLINGERMAN, Andrew CHILDE et Richard LEWIS, en leur qualité de liquidateurs de POINT INVESTMENTS, LTD**, société de droit des Bermudes, domicilié c/o KROLL LLC BERMUDA, HM11 HAMILTON, BERMUDES, requérants comparant par Me KLEIN Yves, avocat, Monfrini Bitton Klein, Place du Molard 3, 1204 Genève, en l'étude duquel ils font élection de domicile.

Le présent jugement est communiqué pour notification à la partie requérante ainsi qu'à l'Office des faillites, à l'Office des poursuites, au Registre foncier et au Registre du commerce par le greffe le    17 JAN. 2023

- 2/2 -

## LE TRIBUNAL DE PREMIERE INSTANCE :

### Statuant par voie de procédure sommaire:

1. Reconnaît en Suisse la faillite de POINT INVESTMENTS LTD prononcée selon décision rendue le 18 février 2022 par la Commercial Court des Bermudes.

2. Ouvre une procédure de faillite ancillaire dont le for est à Genève.

3. Invite l'Office des faillites à publier un avis aux créanciers.

4. Invite l'Office des faillites à aviser le Tribunal du résultat de la publication.

5. Ordonne la publication de la présente décision dans la FAO et la FOSC.

6. Renvoie le sort des frais à la décision finale.

La Greffière

Anne-Sylvie SUDAN PEREIRA

La Présidente

Catherine HEKIMI

pour communication conforme
Anne-Sylvie SUDAN PEREIRA
Greffière

*Une motivation écrite est remise aux parties, si l'une d'elles le demande dans un délai de dix jours à compter de la communication de la décision. Si la motivation n'est pas demandée, les parties sont considérées avoir renoncé à l'appel ou au recours (art. 239 al. 2 CPC).*