**Exhibit B**

Translated Swiss Recognition Judgment

| | | |
|---|---|---|
| REPUBLIC AND |  | CANTON OF GENEVA |

## JUDICIAL POWER

C/24865/2022-5 SFC                                                              JTPl/738/2023

# JUDGMENT

## OF THE COURT OF FIRST INSTANCE

### 5th Chamber

### OF MONDAY JANUARY 16, 2023

For

**Mr. Mathew CLINGERMAN, Mr. Andrew CIIlLDE and Mr. Richard LEWIS, in their capacity as liquidators of POINT INVESTMENTS, LTD, a** company incorporated under the laws of Bermuda, domiciled c/o KROLL LLC BERMUDA, HMl 1 HAMILTON, BERMUDES, applicants, appearing before the court through Mr. KLEIN Yves, lawyer, Monfrini Bitton Klein, Place du Molard 3, 1204 Geneva, in whose chambers they have elected domicile

The present judgment is communicated for notification to the applicant as well as to the Bankruptcy Office, the Debt Enforcement Office, the Land Register and the Register of Commerce by the clerk's office on **17 JAN. 2023**

- 2/2 -

### THE COURT OF FIRST INSTANCE :

### Ruling by way of summary procedure:

1. Recognizes in Switzerland the bankruptcy of POINT INVESTMENTS LTD pronounced according to the decision of the Commercial Court of Bermuda of February 18, 2022.

2. Opens an ancillary bankruptcy procedure with jurisdiction in Geneva.

3. Invites the Bankruptcy Office to publish a notice to creditors.

4. Invites the Bankruptcy Office to notify the Court of the outcome of the publication.

5. Orders the publication of the present decision in the FAO and the FOSC.

6. Defers the fate of the fees to the final decision.

|   The Clerk   |   The President   |
|---|---|
| Anne-Sylvie SUDAN PEREIRA | Catherine HEKIMI |

for communication
**Anne-Sylvie SUDAN PEREIRA**
             **Clerk**

*A written statement of the reasons for the decision shall be given to the parties if one of them so requests within ten days of the communication of the decision. If the statement of reasons is not requested, the parties are considered to have waived their right to appeal (art. 239 para. 2 CPC).*