# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**POINT INVESTMENTS, LTD.**<br>**(IN LIQUIDATION)**<br><br>    Debtor in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 22-10261 (JKS) |
| **FTI GP I, LLC on behalf of FALCATA TECH INVESTMENT FUND I, L.P.,**<br><br>    Plaintiff,<br><br>v.<br><br>**POINT INVESTMENTS, LTD.,**<br><br>    Defendant. | Adv. Proc. No. 23-50122 (JKS)<br><br>Re: A.D.I. 10 |

## PRETRIAL CONFERENCE ORDER

**IT IS HEREBY ORDERED** that a pretrial conference has been scheduled in the above-captioned case for the following date and time:

| DATE | TIME |
|---|---|
| April 12, 2023 | 10:00 a.m. (ET) |

**Dated: March 6th, 2023**
**Wilmington, Delaware**

                          J. KATE STICKLES
                          UNITED STATES BANKRUPTCY JUDGE

---

[1] Debtor Point Investments, Ltd. (the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.