# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POINT INVESTMENTS, LTD.,<br>(IN LIQUIDATION),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10261 (JKS) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 23, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/23/2023 | 47 | Motion for Relief from Stay (FEE) // *Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding.* Fee Amount $188. Filed by FTI GP I, LLC on behalf of Falcata Tech Investment Fund I L.P.. Objections due by 4/6/2023. (Attachments: # 1 Notice # 2 Exhibit A) (Schwartz, Eric) (Entered: 03/23/2023) |

X /s/ Gene Matthews
Gene Matthews

Dated: March 24, 2023

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 24th day of March 2023, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X /s/ Jesse L Blevins

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**Via Email and First Class Mail**

Evelyn Baltodano Sheehan
Kobre & Kim LLP
201 S Biscayne Boulevard
Suite 1900
Miami, FL 33131
Evelyn.Sheehan@kobrekim.com

A. Joseph Jay
Sheppard, Mullin, Richter & Hampton, LLP
2099 Pennsylvania Avenue NW
Suite 100
Washington, DC 20006
jjay@sheppardmullin.com

Adam M. Lavine
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
adam.lavine@kobrekim.com

Victor S. Leung
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
Victor.Leung@kobrekim.com

Adriana Riviere-Badell
Kobre & Kim LLP
201 S Biscayne Boulevard
Suite 1900
Miami, FL 33131
adriana.riviere-badell@kobrekim.com

Edward H. Tillinghast
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
etillinghast@sheppardmullin.com

Paul A. Werner
Sheppard, Mullin, Richter & Hampton, L
2099 Pennsylvania Avenue NW

Suite 100
Washington, DC 20006
pwerner@sheppardmullin.com

**Via Email**
Stephen J. Astringer
stephen.astringer@kobrekim.com

Ward W. Benson
ward.w.benson@usdoj.gov
Eastern.Taxcivil@usdoj.gov

Daniel B. Butz
dbutz@mnat.com

Doman Transcribing
dianadoman@comcast.net

Timothy Jay Fox
timothy.fox@usdoj.gov

Evanthea Hammer
ehammer@morrisnichols.com

Jacob Raymond Kirkham
Jacob.Kirkham@kobrekim.com

Ari David Kunofsky
ari.d.kunofsky@usdoj.gov
eastern.taxcivil@usdoj.gov

Eric D. Schwartz
eschwartz@mnat.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV