# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | **Re: D.I. 47, 52, 53, and 57** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that with permission of the Court, the hearing previously scheduled to be held in the above-captioned case on April 18, 2023, at 10:00 a.m. (ET) (the "**April 18th Hearing**") has been rescheduled for **April 27, 2023 at 10:00 a.m. (ET)** (the "**April 27th Hearing**"). All matters previously scheduled for the April 18th Hearing will now be heard at the April 27th Hearing.

[*Signature Page Follows*]

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

Dated: April 6, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Stephen J. Astringer*
**KOBRE & KIM LLP**
Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6451
Facsimile: (302) 518-6461
jacob.kirkham@kobrekim.com
stephen.astringer@kobrekim.com

-and-

Adriana Riviere-Badell (admitted *pro hac vice*)
Evelyn Baltodano Sheehan (admitted *pro hac vice*)
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100
Facsimile: (305) 967-6120
adriana.riviere-badell@kobrekim.com
evelyn.sheehan@kobrekim.com

-and-

Adam M. Lavine (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Telephone: (212) 380-2580
Facsimile: (212) 488-1220
adam.lavine@kobrekim.com

*Counsel to the Foreign Representatives*