# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | **Re: D.I. 47, 52, 53, and 57** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that with permission of the Court, the hearing previously scheduled to be held in the above-captioned case on April 27, 2023, at 10:00 a.m. (ET) (the "**April 27th Hearing**") has been rescheduled for **May 25, 2023 at 10:00 a.m. (ET)** (the "**May 25th Hearing**"). All matters previously scheduled for the April 27th Hearing will now be heard at the May 25th Hearing.

[*Signature Page Follows*]

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

| | |
|---|---|
| Dated: April 25, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Stephen J. Astringer<br>**KOBRE & KIM LLP**<br>Jacob R. Kirkham (No. 5768)<br>Stephen J. Astringer (No. 6375)<br>600 North King Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6451<br>Facsimile: (302) 518-6461<br>jacob.kirkham@kobrekim.com<br>stephen.astringer@kobrekim.com<br><br>-and-<br><br>Adriana Riviere-Badell (admitted *pro hac vice*)<br>Evelyn Baltodano Sheehan (admitted *pro hac vice*)<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 967-6100<br>Facsimile: (305) 967-6120<br>adriana.riviere-badell@kobrekim.com<br>evelyn.sheehan@kobrekim.com<br><br>-and-<br><br>Adam M. Lavine (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 380-2580<br>Facsimile: (212) 488-1220<br>adam.lavine@kobrekim.com<br><br>*Counsel to the Foreign Representatives* |