# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> POINT INVESTMENTS, LTD. <br> (IN LIQUIDATION), <br><br> Debtor in a Foreign Proceeding.[1] | Chapter 15 <br><br> Case No. 22-10261 (TMH) |

**FTI GP I, LLC ON BEHALF OF FALCATA TECH INVESTMENT FUND I, L.P. AND THE FOREIGN REPRESENTATIVES ON BEHALF OF POINT INVESTMENTS, LTD.'S JOINT EXHIBIT AND WITNESS LIST FOR THE EVIDENTIARY HEARING ON MAY 25, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

FTI GP I, LLC, a Delaware limited liability company (the "General Partner"), on behalf of Falcata Tech Investment Fund I, L.P. (the "Fund"), a Cayman Islands exempted limited partnership, together with Andrew Childe and Richard Lewis of FFP Limited, and Matthew Clingerman of Kroll Bermuda Ltd. (the "Foreign Representatives") in their capacity as the foreign representatives of Point Investments, Ltd. (the "Debtor") (together with the General Partner, the "Proponents"), in accordance with the *Chambers Procedures for Judge Thomas M. Horan* hereby jointly disclose that they intend to call and/or reserve the right to introduce the following witnesses and exhibits, at the May 25, 2023 evidentiary hearing (the "Hearing") in support of the (i) *Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination That There is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed With Adversary Proceeding* [D.I. 47] (the "Stay Relief Motion"); (ii) *Motion of the Foreign Representatives For Entry of an Order Enforcing the Automatic Stay and for Damages* [D.I. 52] (the "Stay Enforcement Motion"); and (iii) *Motion of the Foreign Representatives for Entry of an Order*

---
[1] Point Investments, Ltd. (the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

to Conduct Discovery Pursuant to 11 U.S.C. § 1521(A)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1* [D.I. 53] (the "2004 Motion", and together with the Stay Relief Motion and the Stay Enforcement Motion, the "Motions").

## WITNESSES

1. Robert Burnett. The General Partner intends to offer the testimony of Mr. Burnett and, in the first instance, will rely upon the *Declaration of Robert Burnett in Support of Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to the Motion of The Foreign Representatives For Entry of an Order Enforcing the Automatic Stay and For Damages* [D.I. 69-1]. Mr. Burnett will be available for cross-examination and any re-direct examination at the Hearing to the extent necessary. Mr. Burnett is the General Partner's representative in this proceeding. The scope of Mr. Burnett's testimony will be in support of the Stay Relief Motion and in opposition to the Stay Enforcement Motion. The General Partner reserves the right to call Mr. Burnett as a live witness.

2. Andrew Childe. The Foreign Representatives intend to offer the testimony of Mr. Childe and, in the first instance, will rely upon the *[SEALED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages* [D.I. 54] and the *Declaration of Andrew Childe in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding* [D.I. 67]. Mr. Childe will be available for cross-examination and re-direct examination at the Hearing to the extent necessary. Mr. Childe is one of the Foreign Representatives. The scope of Mr. Childe's testimony will be in support of the Stay

Enforcement Motion and the 2004 Motion and in opposition to the Stay Relief Motion. The Foreign Representatives reserve the right to call Mr. Childe as a live witness.

3. <u>Nicholas Miles</u>. Mr. Miles, who is the General Partner's proposed foreign law expert on Bermuda law, will be available at the Hearing virtually via Zoom and will be able to answer any questions of the Court in the event the Court has questions.[2] The Proponents have agreed that there will be no direct or cross-examination of foreign law experts. The scope of any potential testimony of Mr. Miles's will be in support of the Stay Relief Motion and in opposition to the Stay Enforcement Motion and will include the matters set forth in the *Declaration of Nicholas John Miles in Support of Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to the Motion of The Foreign Representatives For Entry of an Order Enforcing the Automatic Stay and For Damages* [D.I. 69-2] and the *Declaration of Nicholas John Miles* [D.I. 76].

4. <u>Christopher Levers</u>. Mr. Levers, who is the General Partner's proposed foreign law expert on Cayman Islands law, will be available at the Hearing virtually via Zoom and will be able to answer any questions of the Court in the event the Court has questions. The Proponents have agreed that there will be no direct or cross-examination of foreign law experts. The scope of any potential testimony of Mr. Levers will be in support of the Stay Relief Motion and in opposition to the Stay Enforcement Motion and will include the matters set forth in the *Declaration of Christopher Levers* [D.I. 75].

5. <u>Jayson Wood</u>. Mr. Wood, who is the Foreign Representatives' proposed foreign law expert on Bermuda and Cayman Islands law, will be available at the Hearing virtually via Zoom and will be able to answer any questions of the Court in the event the Court has questions.

---

[2] The Proponents hereby request permission for Mr. Miles, Mr. Levers, and Mr. Wood to appear at the Hearing virtually via Zoom.

The scope of any potential testimony of Mr. Wood will be in support of the Stay Enforcement Motion and in opposition to the Stay Relief Motion and will include the matters set forth in the *Declaration of Jayson Wood in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding* [D.I. 68] and the *Declaration of Jayson Wood in Support of Foreign Representatives' Reply in Further Support of Motion for Entry of an Order Enforcing the Automatic Stay and for Damages* [D.I. 78].

6. The Proponents reserve the right to call Mr. Burnett, Mr. Childe, or any other witness identified by any other party to this proceeding as a rebuttal witness. *See* Reservation of Rights, *infra*.

**EXHIBITS**

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 1. | Verified Petition For (I) Recognition of Foreign Main Proceeding, (II) Recognition Of Foreign Representatives, and (III) Related Relief Under Chapter 15 | 3 |
| 2. | Order Granting Petition For (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 | 34 |
| 3. | Complaint: *FTI GP I, LLC, on behalf of Falcata Tech Investment Fund I, L.P. v. Point Investments, Ltd.*, Adversary Proceeding No. 23-50122-TMH | 45 |
| 4. | Stay Violation Letter | 52-3 |
| 5. | [SEALED] Subpoena | 53-3 |

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 6. | [SEALED] December 9 Letter and Discovery Requests | 53-6 |
| 7. | January 9, 2023 Letter from Counsel to the General Partner to Counsel for the Foreign Representatives | 58-7 |
| 8. | January 25, 2023 Letter from Counsel to the Foreign Representatives to Counsel for the General Partner | 58-8 |
| 9. | [SEALED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(A)(4), Fed. R. Bankr. P. 2004, And Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and For Damages | 54 |
| 10. | Declaration of Andrew Childe in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination That There is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed With Adversary Proceeding | 67 |
| 11. | Declaration of Jayson Wood in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination That There is No Automatic Stay, or in the Alternative, Seeking Relief From the Automatic Stay to Proceed With Adversary Proceeding | 68 |
| 12. | Cayman Islands Exempted Limited Partnership Act | 68-1 |
| 13. | Declaration of Robert Burnett in Support of Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to the Motion of The Foreign Representatives For Entry of an Order Enforcing the Automatic Stay and For Damages (With Exhibits) | 69-1 |
| 14. | Declaration of Nicholas John Miles in Support of Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to the Motion of The Foreign Representatives For Entry of an Order Enforcing the Automatic Stay and For Damages (With Exhibits) | 69-2 |
| 15. | Declaration of Christopher Levers (With Exhibits) | 75 |

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 16. | Declaration of Nicholas John Miles (With Exhibits) | 76 |
| 17. | Letter from Foreign Representatives to the General Partner's Bermuda Counsel Providing Notice of the Foreign Representatives' Appointment (November 3, 2021) | 77-1 |
| 18. | Email from Foreign Representatives' Counsel to the General Partner's Bermuda Counsel Providing Notice of the Winding Up Order (March 16, 2022) | 77-2 |
| 19. | Email from Foreign Representatives to the General Partner's Bermuda Counsel Providing Notice of the First Meeting of Creditors (June 15, 2022) | 77-3 |
| 20. | Declaration of Jayson Wood in Support of Foreign Representatives' Reply in Further Support of Motion for Entry of an Order Enforcing the Automatic Stay and for Damages | 78 |
| 21. | November 17, 2021 Judgment: *In the matter of Point Investments, Limited*, 2020: No. 300 | 5-1 |
| 22. | October 29, 2021 Judgment: *In the matter of Point Investments, Limited*, 2020: No. 300 | 5-2 |
| 23. | Indictment Against Robert T. Brockman, dated October 1, 2020 in the United States District Court for the Northern District of California: *United States v. Robert T. Brockman*, Case No. 3:20-CR-371 (WHA) (N.D. Cal. October 1, 2020), Dkt. No. 1 | 5-3 |
| 24. | Internal Revenue Service Notices of Levy, dated March 21, 2022, March 22, 2022, and March 23, 2022 directed to Vista Equity Partners, LLC and Robert Smith, as founder, chairman and CEO of Vista Equity Partners, LLC | 5-4 |
| 25. | Amended and Restated Exempted Limited Partnership Agreement, dated April 20, 2018 | 45-1 |
| 26. | Master Transaction Agreement, dated as of July 1, 2019 | 45-2 |
| 27. | Email From the General Partner to the Debtor, dated July 2, 2020 | 45-3 |

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 28. | Default Letter, dated August 4, 2020 | 45-4 |
| 29. | June 15, 2022 Letter to All Known Creditors of the Debtor | 81-1 |
| 30. | Status Report dated May 19, 2023 | 84 |

7. Additionally, the Proponents ask that the Court take judicial notice of all pleadings filed in this case. The Proponents reserve the right to use additional demonstrative exhibits as they deem appropriate in connection with the Hearing, subject to any objections of the party not seeking to use any such demonstrative exhibits.

8. The Proponents reserve the right to submit any rebuttal exhibits or any exhibits identified by any other party to this contested matter. *See* Reservation of Rights, *infra.*

## **RESERVATION OF RIGHTS**

9. The Proponents reserve the right to supplement this exhibit and witness list in all respects, including without limitation by using additional witnesses or exhibits, as necessary. The Proponents reserve the right to submit all pleadings filed in this case. The Proponents further reserve the right to call rebuttal witnesses or any witnesses identified by any party in these contested matters. The Proponents also reserve the right to use exhibits not listed herein for purposes of rebuttal or impeachment. The Proponents also reserve the right to add additional witnesses and additional exhibits upon notice to the Court and the other parties to these contested matters.

Dated: May 23, 2023
Wilmington, Delaware

By: /s/ *Stephen J. Astringer*
Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
KOBRE & KIM LLP
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6451
Facsimile: (302) 518-6461
jacob.kirkham@kobrekim.com
stephen.astringer@kobrekim.com

-and-

Adriana Riviere-Badell (admitted *pro hac vice*)
Evelyn Baltodano Sheehan (admitted *pro hac vice*)
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100
Facsimile: (305) 967-6120
adriana.riviere-badell@kobrekim.com
evelyn.sheehan@kobrekim.com

-and-

Adam M. Lavine (admitted *pro hac vice*)
John G. Conte (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 380-2580
Facsimile: (212) 488-1220
adam.lavine@kobrekim.com
john.conte@kobrekim.com

*Attorneys for the Foreign Representatives*

By: /s/ *Eric D. Schwartz*
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Evanthea Hammer (No. 7061)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: eschwartz@morrisnichols.com
dbutz@morrisnichols.com
ehammer@morrisnichols.com

-and-

Paul Werner (admitted *pro hac vice*)
A. Joseph Jay III (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
Email: pwerner@sheppardmullin.com
jjay@sheppardmullin.com

-and-

Edward H. Tillinghast, III (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
Email: etillinghast@sheppardmullin.com

*Attorneys for FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P.*