# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 25, 2023 AT 10:00 A.M. (ET)

All hearings will take place in person other than status conferences, scheduling conferences, pretrial conferences, discovery hearings, fee hearings or first-day hearings, which will be conducted remotely (unless the Court directs otherwise). All participants at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

If you intend to appear via Zoom, you are required to register in advance. Please use the link below to register for the hearing. Please register no later than **4:00 p.m. (ET) on May 24, 2023**.

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItceuurzMrHRJTdxh6RdL29DmWrWTqYBg

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

**MATTER UNDER CNO**

1.  Motion of the Foreign Representatives for Entry of an Order Authorizing them to Redact and File Under Seal Certain Information Contained in (I) the Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 [D.I. 57; Filed: 03/30/2023]

    Response Deadline: April 11, 2023 at 4:00 p.m. (ET)

    Responses Received: None

    Related Documents:

    a.  Certificate of No Objection Regarding Motion of the Foreign Representatives for Entry of an Order Authorizing them to Redact and File Under Seal Certain Information Contained in (I) the Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) the Declaration of Andrew Childe [D.I. 83; Filed: 05/18/2023]

    b.  Order Authorizing them to Redact and File Under Seal Certain Information Contained in (I) the Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) the Declaration of Andrew Childe [D.I. 85; Entered: 05/22/2023]

    Status: An order has been entered. No hearing is necessary.

**CONTESTED MATTERS GOING FORWARD**

2.  Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 52; Filed: 03/27/2023]

    Objection Deadline: April 14, 2023

    Related Documents:

    a.  [SEALED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 54; Filed: 03/27/2023]

    b.  [REDACTED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 59; Filed: 03/30/2023]

    c.      Foreign Representatives' Reply in Further Support of Motion for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 77; Filed: 05/09/2023]

    d.      Declaration of Jayson Wood in Support of Foreign Representatives' Reply in Further Support of Motion for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 78; Filed: 05/09/2023]

    e.      FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. and the Foreign Representatives on behalf of Point Investments, Ltd.'s Joint Exhibit and Witness List for the Evidentiary Hearing on May 25, 2023 at 10:00 a.m. (prevailing eastern time) [D.I. 86; Filed 05/23/2023]

Responses Received:

    a.      Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to the Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 69; Filed: 04/14/23]

Status:      This matter will go forward on a contested basis.

3. Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 47; Filed: 03/23/2023]

Objection Deadline:      April 14, 2023

Related Documents:

    a.      Reply of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. in Support of Motion for Determination that there is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 81; Filed: 05/10/2023]

    b.      Declaration of Christopher Levers [D.I. 75; Filed: 05/09/2023]

    c.      Declaration of Nicholas John Miles [D.I. 76; Filed: 05/09/2023]

    d.      FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. and the Foreign Representatives on behalf of Point Investments, Ltd.'s Joint Exhibit and Witness List for the Evidentiary Hearing on May 25, 2023 at 10:00 a.m. (prevailing eastern time) [D.I. 86; Filed 05/23/2023]

Responses Received:

    a.      Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic

Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 66; Filed: 04/14/2023]

b. Declaration of Andrew Childe in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 67; Filed: 04/14/2023]

c. Declaration of Jayson Wood in Support of Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 68; Filed: 04/14/2023]

Status: This matter will go forward on a contested basis.

4. [SEALED] Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 [D.I. 53; Filed: 03/27/2023]

Objection Deadline: April 14, 2023

Related Documents:

a. [REDACTED] Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 [D.I. 58; Filed: 03/30/2023]

b. [SEALED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 54; Filed: 03/27/2023]

c. [REDACTED] Declaration of Andrew Childe in Support of (I) Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 and (II) Motion of the Foreign Representatives for Entry of an Order Enforcing the Automatic Stay and for Damages [D.I. 59; Filed: 03/30/2023]

d. Foreign Representatives' Reply in Further Support of Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 [D.I. 79; Filed: 05/09/2023]

e. FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. and the Foreign Representatives on behalf of Point Investments, Ltd.'s Joint Exhibit and Witness List for the Evidentiary Hearing on May 25, 2023 at 10:00 a.m. (prevailing eastern time) [D.I. 86; Filed 05/23/2023]

Responses Received:

a. Objection of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. to Motion of Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1 [D.I. 65; Filed: 04/14/2023]

Status: This matter will go forward on a contested basis.

| | |
|---|---|
| Dated: May 23, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/      Stephen J. Astringer*<br>**KOBRE & KIM LLP**<br>Jacob R. Kirkham (No. 5768)<br>Stephen J. Astringer (No. 6375)<br>600 North King Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6451<br>Facsimile: (302) 518-6461<br>jacob.kirkham@kobrekim.com<br>stephen.astringer@kobrekim.com<br><br>-and-<br><br>Adriana Riviere-Badell (admitted *pro hac vice*)<br>Evelyn Baltodano Sheehan (admitted *pro hac vice*)<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 967-6100<br>Facsimile: (305) 967-6120<br>adriana.riviere-badell@kobrekim.com<br>evelyn.sheehan@kobrekim.com<br><br>-and-<br><br>Adam M. Lavine (admitted *pro hac vice*)<br>John G. Conte (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 380-2580<br>Facsimile: (212) 488-1220<br>adam.lavine@kobrekim.com<br>john.conte@kobrekim.com<br><br>*Counsel to the Foreign Representatives* |