## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | Re: D.I. 47, 66, 67, 68, 75, 76, 81 |

### AMENDED ORDER DENYING MOTION OF FTI GP I, LLC ON BEHALF OF FALCATA TECH INVESTMENT FUND I, L.P. FOR DETERMINATION THAT THERE IS NO AUTOMATIC STAY, OR IN THE ALTERNATIVE SEEKING RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH ADVERSARY PROCEEDING

Upon consideration of the Motion of FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. (the "Fund") for Determination that there is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 47] (the "Motion")[2] for entry of an order determining that there is no stay of the adversary proceeding entitled *FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. v. Point Investments, Ltd.*, Adv. Proc. No. 23-50122 (TMH) (the "Adversary Proceeding") currently pending in this Court, or in the alternative, seeking relief from the stay arising under section 1520(a) of the Bankruptcy Code to allow the Fund to proceed with the Adversary Proceeding; the Foreign Representatives' Objection to Motion of FTI GP I, LLC on Behalf of Falacta Tech Investment Fund I, L.P. for Determination that there is No Automatic Stay, or in the Alternative, Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 66] (the "Objection"); the Declarations of Andrew Childe and Jayson Wood in Support of

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

-1-

the Objection [D.I. 67 and 68]; the Declaration of Christopher Levers [D.I. 75]; the Declaration of Nicholas John Miles [D.I. 76]; and the Reply of FTI GP I, LLC on Behalf of Falcata Tech Investment Fund I, L.P. in Support of Motion for Determination that there is No Automatic Stay, or in the Alternative Seeking Relief from the Automatic Stay to Proceed with Adversary Proceeding [D.I. 81]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that notice of the Motion was sufficient under the circumstances and that no further notice need be given; and the Court having reviewed the legal and factual bases set forth in the Motion, any responses thereto, and the evidence admitted and the argument of counsel at the hearing on May 25, 2023; the Court hereby orders that:

1. The Motion is denied for the reasons set forth on the record at the May 25, 2023 hearing.

2. The Adversary Proceeding constitutes a violation of the stay set forth in Bankruptcy Code sections 1520(a)(1) and 362(a)(1) and, therefore, is void *ab initio*.

3. The Fund shall immediately cease prosecuting the Adversary Proceeding and shall file a dismissal of such Adversary Proceeding within 14 days of the entry of this Order.

4. Notwithstanding Bankruptcy Rule 4001, this Order shall be effectively immediately upon entry.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: May 31, 2023

_____
Thomas M. Horan
United States Bankruptcy Judge