# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 22-10261 (TMH) <br><br> Re: D.I. 95 |

## NOTICE OF SERVICE OF SUBPOENAS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45 (made applicable to the above-captioned Chapter 15 case by Rule 9016 of the Federal Rules of Bankruptcy Procedure) and the *[SEALED] Order Authorizing Foreign Representatives to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, and Local Rule 2004-1* [D.I. 95], Andrew Childe and Richard Lewis of FFP Limited, and Mathew Clingerman of Kroll Bermuda Ltd. (the "Foreign Representatives"), in their capacity as the foreign representatives of Point Investments, Ltd. (the "Debtor"), hereby provide notice that they caused the following discovery to be served via personal service on June 13, 2023:

- *Subpoena for Document Production and Foreign Representatives' Requests for Production and Interrogatories to Falcata Tech Investment Fund I, L.P.* on the following party:

    Falcata Tech Investment Fund I, L.P. (c/o FTI GP I, LLC) c/o Capitol Services, Inc., as Registered Agent, 108 Lakeland Avenue, Dover, Delaware 19901.

- *Subpoena for Document Production and Foreign Representatives' Requests for Production and Interrogatories to FTI GP I, LLC* on the following party:

    FTI GP I, LLC c/o Capitol Services, Inc., as Registered Agent, 108 Lakeland Avenue, Dover, Delaware 19901.

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

- *Subpoena for Document Production and Foreign Representatives' Requests for Production and Interrogatories to Falcata Capital LLC* on the following party:

    Falcata Capital LLC c/o Capitol Services, Inc., as Registered Agent, 108 Lakeland Avenue, Dover, Delaware 19901.

| | |
|---|---|
| Dated: July 18, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Stephen J. Astringer<br>**KOBRE & KIM LLP**<br>Jacob R. Kirkham (No. 5768)<br>Stephen J. Astringer (No. 6375)<br>600 North King Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6451<br>Facsimile: (302) 518-6461<br>jacob.kirkham@kobrekim.com<br>stephen.astringer@kobrekim.com<br><br>-and-<br><br>Adriana Riviere-Badell (admitted *pro hac vice*)<br>Evelyn Baltodano Sheehan (admitted *pro hac vice*)<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 967-6100<br>Facsimile: (305) 967-6120<br>adriana.riviere-badell@kobrekim.com<br>evelyn.sheehan@kobrekim.com<br><br>-and-<br><br>Adam M. Lavine (admitted *pro hac vice*)<br>John G. Conte (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 380-2580<br>Facsimile: (212) 488-1220<br>adam.lavine@kobrekim.com<br>john.conte@kobrekim.com<br><br>*Counsel to the Foreign Representatives* |