## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | |

### DECLARATION OF ANDREW CHILDE IN SUPPORT OF FOREIGN REPRESENTATIVES' MOTION FOR DISCRETIONARY RELIEF PURSUANT TO SECTION 1521(b) ENTRUSTING THE FOREIGN REPRESENTATIVES WITH THE DISTRIBUTION OF U.S. FUNDS TO PAY ADMINISTRATIVE FEES AND EXPENSES OF THE DEBTOR'S LIQUIDATION

I, Andrew Childe of FFP Limited, in my capacity as one of the Joint Liquidators and foreign representatives of Point Investments, Ltd. (the "Debtor"), make this declaration (this "Declaration") pursuant to 28 U.S.C. § 1746 and state:

1. I am over the age of 18 and, if called upon, could testify as to the matters set forth in this statement.

2. I, along with Richard Lewis of FFP Limited and Mathew Clingerman of Kroll Bermuda Ltd. are the joint liquidators and foreign representatives of the Debtor in respect of the winding up proceeding pending before the Supreme Court of Bermuda, Commercial Court, Case 2020: No. 300.

3. I submit this Declaration in support of the *Foreign Representatives' Motion for Entry of an Order Granting Discretionary Relief Pursuant to Section 1521(b) Entrusting the*

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

*Foreign Representatives with the Distribution of U.S. Funds to Pay Administrative Fees and Expenses of the Debtor's Liquidation* (the "Motion").[2]

4. The statements made in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by other professionals and/or employees working under my supervision, or my opinion based on my experience, knowledge, and information concerning the Debtor. I declare the following statements are true to the best of my knowledge, information, and belief formed after a reasonable inquiry under the circumstances.

5. I believe authorizing the relief requested in the Motion will ensure that the joint liquidators can continue to administer and realize the Debtor's assets for the benefit of all stakeholders.

6. The Foreign Representatives have engaged in months-long negotiations with Vista with respect to resolving a dispute over certain distributions being withheld by Vista and unpaid capital calls in connection with the Debtor's investments in the Vista Funds. These negotiations have culminated in a settlement and compromise embodied in an agreement between the Foreign Representatives and Vista.

7. While the Debtor has significant balance sheet assets, most are illiquid (such as the Debtor's interests in Solera and the Vista Funds). Absent access to the Proposed Administrative Funds, the Debtor's continuing efforts to liquidate its assets in the U.S. and abroad may be significantly hindered.

8. The Foreign Representatives are authorized by the Supreme Court of Bermuda under paragraph 6(d) of the order appointing them dated 15 August 2022, to render invoices for their own remuneration at their usual and customary rates. Further, the Foreign Representatives

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

require the approval of the Bermuda Court in respect of their fees, pursuant to rule 112(1) of the Bermuda Companies (Winding-up) Rules 1982. The Foreign Representatives have and will continue to apply to the Bermuda Court for approval and payment of their fees.

9. The amount of the Proposed Administrative Funds is based on the Foreign Representatives' current expectations regarding professional fees and expenses in connection with the Debtor's liquidation and the existing proceedings ancillary thereto, including the global sale process of the Debtor's interests in the Vista Funds and Solera.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 18th day of August, 2023
Park City, Utah

Andrew Childe, in his capacity as one of the Joint Liquidators and Foreign Representatives of Point Investments Ltd.