# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| POINT INVESTMENTS, LTD. (IN LIQUIDATION),[1] | Case No. 22-10261 (TMH) |
| Debtor in a Foreign Proceeding. | Re: D.I. 103, 104, 107, 113, 114, 115 & 129 |

**ORDER DENYING MOTION OF FTI GP I, LLC ON BEHALF OF FALCATA TECH INVESTMENT FUND I, L.P. FOR CLARIFICATION, OR IN THE ALTERNATIVE, FOR MODIFICATION OF THE ORDER AUTHORIZING FOREIGN REPRESENTATIVES TO CONDUCT DISCOVERY PURSUANT TO 11 U.S.C. § 1521(a)(4), FED. R. BANKR. P. 2004, 9023 AND 9024, AND LOCAL RULE 2004-1**

Upon consideration of the Motion of FTI GP I, LLC (the "General Partner") on behalf of Falcata Tech Investment Fund I, L.P. (the "Fund") and the Manager, for Clarification, or in the Alternative, for Modification of the Order Authorizing Foreign Representatives to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, 9023 and 9024, and Local Rule 2004-1 [D.I. 103] (the "Motion")[2] for entry of an order determining that (i) the General Partner, the Fund and the Manager (collectively, the "Falcata Parties") are not required to furnish any document that is immune from discovery under the attorney-client, work product, or other applicable privilege; (ii) the Falcata Parties are not required to comply with Document Requests or Interrogatories that are outside the scope of the language of Bankruptcy Rule 2004 and case

---

[1] The Debtor is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is c/o Kroll Bermuda, The Vallis Building, 4th Floor, 58 Par-La-Ville Road, Hamilton, HM 11, Bermuda.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

law in this jurisdiction; (iii) the 10 days for the Falcata Parties to produce documents responsive to the Document Requests is not triggered until the Foreign Representatives serves a subpoena on the Falcata Parties; and (iv) the Falcata Parties will be in compliance with the Discovery Order by furnishing documents on a rolling basis within 10 days of being served with subpoenas by the Foreign Representatives; the Foreign Representatives' Objection to the Motion [D.I. 113] (the "Objection"); and the Reply of FTI GP I, LLC on behalf of Falcata Tech Investment Fund I, L.P. and Manager in Support of Motion for Clarification, or in the Alternative, for Modification of the Order Authorizing Foreign Representatives to Conduct Discovery Pursuant to 11 U.S.C. § 1521(a)(4), Fed. R. Bankr. P. 2004, 9023 and 9024, and Local Rule 2004-1 [D.I. 115]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that notice of the Motion was sufficient under the circumstances and that no further notice need be given; and the Court having reviewed the legal and factual bases set forth in the Motion, any responses thereto, and the evidence admitted and the argument of counsel at the hearing on July 27, 2023; the Court hereby orders that:

1. The Motion is denied for the reasons and as set forth on the record at the July 27, 2023 hearing.

2. The Falcata Parties may interpose written objections to the Document Requests by September 1, 2023.

3. The Falcata Parties shall serve its answers and any objections to the Interrogatories by September 1, 2023.

4. The Parties are directed to meet and confer regarding search terms and other issues related to discovery.

5.     To the extent the Parties are unable to resolve discovery disputes after meeting and conferring, the Parties shall contact the Court to seek a conference with the Hon. Thomas M. Horan in order to resolve such disputes. The Parties shall not file a motion to compel or a similar letter motion to resolve discovery disputes prior to seeking and participating in the above-described conference with the Court, unless so directed by the Court.

6.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 1st, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**